■ JOHN J. ABRAMSEN CO., INC., v. DEPOT CONSTRUCTION CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ. [See *ante*, p. 842.]

■ In the Matter of the Arbitration between IIDA & CO., NEW YORK, INC., Respondent and DEVIDAYAL (SALES) LTD., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [See *ante*, p. 839.]

■ BENJAMIN LEVINE, Appellant, et al., Plaintiff, v. MORTON M. GOLDBERG, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See *ante*, p. 409.]

■ INGVAR ROBERG et al., Partners Doing Business as R. & N. CONSTRUCTION CO. v. EVYAN, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin, Valente and Bergan, JJ. [See *ante*, p. 842.]

■ JOSEPH MALUS v. SPERRY-RAND CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ. [See *ante*, p. 877.]

■ EDWARD M. NASH v. MAX FRANK, Individually and as Executor of LOUIS B. FRANK, Deceased, et al.— Motion for reargument denied, with $10 costs. Appellants' time to answer the complaint is extended until five days after the service upon the attorney for the appellants of a copy of the order, with notice of entry thereof. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See *ante*, p. 883.]

■ SCHACHT STEEL CONSTRUCTION, INC., Respondent, v. MORRIS BRECHER et al., Appellants, et al., Defendants.— Order unanimously modified to the extent of limiting the examination before trial of the partnership to a single partner to be selected by the partnership, and, of the corporation, to a single officer, agent or employee of the corporation to be selected by the corporation. The individuals whose examinations are sought, although sued as such individuals and as partners, are all exactly in the same category. Some one of the partners has full knowledge of the facts and it is apparently unnecessary to examine the other five partnership defendants. A similar condition exists as far as the two corporate defendants are concerned. If it should prove necessary to examine any other persons, an appropriate application may be made. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of PETER JOSEPH HABERKORN, Petitioner, for Reinstatement as an Attorney.— Motion denied, with $10 costs and disbursements to the Association of the Bar of the City of New York. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ BETTY PHILLIPS et al. v. ROUX LABORATORIES INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ MARIE SWANTON, as Administratrix of the Estate of JOHN T. SWANTON, Deceased, v. JOHN HEILMANN et al.— Motion, having become academic by virtue of the decision of this court in *Swanton* v. *Heilmann* (*ante*, p. 966) is dismissed. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of WILLA W. ARMULL, as Executrix of DOROTHY M. WINN, Deceased, Respondent. JOHN C. DONNELLY, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.